# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Brian Gundersen**<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | )<br>)  Case: 1:21-mj-00161<br>)  Assigned to: Judge Faruqui, Zia M<br>)  Assign Date: 1/25/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*                                      *Offense Description*

18 U.S.C. 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. 1752(a)(2)- Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds;
40 U.S.C. 5104(e)(2)(D)- Engaging in Disorderly or Disruptive Conduct on the Capitol Buildings or Grounds;
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas Harris, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/25/2021

*Judge's signature*

City and state: Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*