# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-CR-137 |
| **v.** | : | |
| **BRIAN GUNDERSEN,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 4, 2021 correspondence in response to the defendant's request for a Bill of Particulars in this case. This correspondence is being served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *Kevin Birney*
Kevin Birney
Assistant United States Attorney
Bar No. 1029424
555 Fourth Street, N.W., Room 4828
Washington, DC 20530
Kevin.birney@usdoj.gov
(202) 252-7165

## CERTIFICATE OF SERVICE

On this 4th day of May, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

  /s/ *Kevin Birney*
Kevin Birney
Assistant United States Attorney