IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN GUNDERSEN,<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-00137 (RC) |

### UNOPPOSED MOTION FOR RECOMMENDED DESIGNATION

Brian Gundersen, through counsel, respectfully requests that the Court recommend to the B that he be placed at either FCI Miami or FCI Butner.  Counsel for the defendant submits the following:

1. On July 28, 2023, Mr. Brian Gundersen was sentenced by this Court to a term of incarceration of 18 months and a term of supervised release of 36 months.  At the defense's request, the Court recommended that he be placed at either FCI Allenwood or Loretto.

2. Mr. Gundersen has since learned that FCI Miami and FCI Butner have exercise facilities that do not exist in Allenwood or Loretto.  Mr. Gundersen considers himself to be overweight and wishes to improve his physical condition.

3. In addition, FCI Butner is on the same campus as a Federal Medical Center that may be useful given Mr. Gundersen's array of mental health issues.

4. The government does not oppose this Motion.

### Conclusion

Brian Gundersen thus respectfully requests that this Court recommend that the Bureau of Prisons designates him to be placed at FCI Miami or FCI Butner.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Eugene_ohm@fd.org