UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No: 21-CR-137 (RC) |
| BRIAN GUNDERSEN | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**  Brian Gundersen

**Name and address of appellant's attorney:**  Eugene Ohm
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:**
- 18 U.S.C. 1512(c)(2) Obstruction of an Official Proceeding and Aiding and Abetting (1ss)
- 18 U.S.C. 111(a)(1) Assaulting, Resisting, or Impeding Certain Officers (2ss)

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (07/26/23): The defendant is sentenced to eighteen (18) months on Counts 1ss and 2ss to run concurrently, followed by a term of thirty-six (36) months of Supervised Release, to run concurrently. Restitution imposed in the amount of $2,000. Total Special Assessment imposed in the amount of $200.00.

**Name of institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

August 17, 2023                                    Brian Gundersen
DATE                                               APPELLANT

CJA, NO FEE    FPD                                 A. J. Kramer
PAID USDC      NO                                  FEDERAL PUBLIC DEFENDER
FEE PAID       NO                                  ATTORNEY FOR APPELLANT
USCA FEE

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No