# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-3132** | **September Term, 2024** |
| | **1:21-cr-00137-RC-1** |
| | **Filed On:** October 28, 2024 |

United States of America,

    Appellee

    v.

Brian Gundersen,

    Appellant

**BEFORE:** Henderson, Pillard, and Walker, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that appellant's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated and the case be remanded for further proceedings.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                            Selena R. Gancasz
                            Deputy Clerk